# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| In the Matter of the Tracking of<br>DARK GRAY, 2010 TOYOTA TACOMA, FOUR-DOOR PICK-UP TRUCK, ARIZONA LICENSE PLATE 13A8SA, VIN ending in 105249, REGISTERED TO ANTOLINA CASTILLO AT 1901 WEST MADISON STREET, APARTMENT 33, PHOENIX, AZ. 85009. | Case No. 21-2230 MB<br><br>**(Filed Under Seal)**<br><br>SEALED |

## TRACKING WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government shows there is reason to believe that the person, property, or object described above has been involved in and likely will continue to be involved in the criminal activity identified in the application, and ☒ is located in this district; ☐ is not now located in this district, but will be at execution; ☐ the activity in this district relates to domestic or international terrorism; ☒ other: Bank Robbery_.

I find that the affidavit(s), and any recorded testimony, establish probable cause to believe that ☐ using the object ☒ installing and using a tracking device to monitor the location of the person, property, or object will satisfy the purpose set out in Fed. R. Crim. P. 41(c) for issuing a warrant.

☒ I find entry into the following vehicle or onto the following private property to be necessary without approval or knowledge of the owner, custodian, or user of the vehicle or property for installing, maintaining, and removing the tracking device:

> DARK GRAY, 2010 TOYOTA TACOMA, FOUR-DOOR PICK-UP TRUCK, ARIZONA LICENSE PLATE 13A8SA, VIN ending in 105249, REGISTERED TO ANTOLINA CASTILLO AT 1901 WEST MADISON STREET, APARTMENT 33, PHOENIX, AZ. 85009, and any publicly accessible property

**YOU ARE COMMANDED** to execute this warrant and begin use of the object or complete any installation authorized by the warrant by _OCTOBER 21, 2021_____ *(no later than 10 days from the date this warrant was issued)* and may continue to use the device until _NOVEMBER 25, 2021_____ *(no later than 45 days from the date this warrant was issued)*. The tracking may occur within this district or another district. To install, maintain, or remove the device, you may enter

☒ into the vehicle described above     ☐ onto the private property described above
☐ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time of day or night because good cause has been established.

Within 10 calendar days after the use of the tracking device has ended, the officer executing this warrant must both return it to any United States Magistrate Judge on criminal duty in the District of Arizona and — unless delayed notice is authorized below — serve a copy of the warrant on the person who, or whose property or object, was tracked.

☒ Pursuant to 18 U.S.C. § 3103a(b)(1), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and this warrant prohibits the seizure of any tangible property or any wire or electronic communications (as defined in 18 U.S.C. § 2510). I therefore authorize the officer executing this warrant to delay notice to the person who, or whose property or object, will be tracked

☒ for _30_ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:    10/11/2021 724 pm

*Judge's signature* — Michael T. Morrissey

City and state: Phoenix, Arizona

Honorable MICHAEL T. MORRISSEY, U.S. Magistrate Judge
*Printed name and title*

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| In the Matter of the Tracking of<br>DARK GRAY, 2010 TOYOTA TACOMA, FOUR-DOOR PICK-UP TRUCK, ARIZONA LICENSE PLATE 13A8SA, VIN ending in 105249, REGISTERED TO ANTOLINA CASTILLO AT 1901 WEST MADISON STREET, APARTMENT 33, PHOENIX, AZ. 85009. | Case No. 21-3230MB<br><br>(Filed Under Seal)<br><br>SEALED |

## APPLICATION FOR A TRACKING WARRANT

I, a federal law enforcement officer or attorney for the government, have reason to believe that the person, property, or object described above has been and likely will continue to be involved in one or more violations of 18 U.S.C § 2113 (Bank Robbery). Therefore, in furtherance of a criminal investigation, I request authority to install and use a tracking device or use the tracking capabilities of the property or object described above to determine location. The application is based on the facts set forth in the attached Affidavit of Task Force Officer Christopher Boughey.

- ☒ The person, property, or object is located in this district.
- ☐ The person, property, or object is not now located in this district, but will be at the time of execution.
- ☐ The activity in this district relates to domestic or international terrorism.
- ☐ Other:

The tracking will likely reveal these bases for the warrant under Fed. R. Crim. P. 41(c):

- ☒ evidence of a crime;
- ☒ property designed for use, intended for use, or used in committing a crime;
- ☒ contraband, fruits of a crime, or other items illegally possessed;
- ☐ a person to be arrested or a person who is unlawfully restrained.

☒ I further request, for purposes of installing, maintaining or removing the tracking device, authority to enter the following vehicle or private property, or both:

> DARK GRAY, 2010 TOYOTA TACOMA, FOUR-DOOR PICK-UP TRUCK, ARIZONA LICENSE PLATE 13A8SA, VIN ending in 105249, REGISTERED TO ANTOLINA CASTILLO AT 1901 WEST MADISON STREET, APARTMENT 33, PHOENIX, AZ. 85009, and any publicly accessible property

☒ Delayed notice of 30 days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103(a), the basis of which is set forth in the attached Affidavit.
Reviewed by AUSA Keith Vercauteren

_____
*Applicant's Signature*

Task Force Officer Christopher Boughey
*Printed name and title*

Sworn to before me and signed in my presence. *(Telephonically)*

Date: 10/11/2021

City and state: Phoenix, Arizona

_____
*Judge's signature*

Honorable MICHAEL T. MORRISSEY, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF TRACKING DEVICE WARRANT

Your Affiant, Christopher BOUGHEY, being first duly sworn, hereby deposes and states as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. Your Affiant makes this Affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3117 for a warrant to authorize the installation and monitoring of a tracking device in or on the following vehicle:

    a. Dark Gray, 2010 Toyota Tacoma, four-door pick-up truck, bearing Arizona license plate number 13A8SA and vehicle identification number ending in 105249, registered to Antolina **CASTILLO** at 1901 West Madison Street, Apartment 33, Phoenix, Arizona 85009 (the "**Subject Vehicle**").

2. Based on the facts set forth in this Affidavit, your Affiant believes that the **Subject Vehicle** is presently being used to further violations of 18 U.S.C. § 2113 (Bank Robbery), and that there is probable cause to believe that the installation of a tracking device in or on the **Subject Vehicle** and the use of the tracking device will lead to evidence, fruits, and/or instrumentalities of the aforementioned crimes as well as to the identification of individuals who are engaged in the commission of those and related crimes.

3. Your Affiant is a Task Force Officer with the Federal Bureau of Investigation, Phoenix, Arizona, and has been since April of 2020. Prior to be assigned as a Task Force Officer with the Desert Hawk, Violent Crimes Task Force, your Affiant has been employed by the Peoria, Arizona Police Department since 1996. Since 2002, your Affiant has been assigned to the Peoria Police Department's Major Crimes Unit, within the Criminal Investigations Section. In that time, your Affiant has been tasked with conducting investigations of Violent Crimes, specifically Robbery, Homicide, Serious Assaults, Officer Involved Shootings, Death Investigations and Arson. Your Affiant has received basic and advanced training in Violent Crimes investigations, including blood pattern analysis, crime scene management, evidence collection, shooting reconstruction, death investigations and fire investigations. Before that, your Affiant was

employed as a Law Enforcement Officer in the State of Colorado. Your Affiant holds a Bachelor of Arts in Criminal Justice from the University of Northern Colorado.

4. The statements contained in this Affidavit are based on information derived from your Affiant's personal knowledge, training and experience; information obtained from the knowledge and observations of other sworn law enforcement officers, either directly or indirectly through their reports or affidavits; surveillance conducted by law enforcement officers; review of law enforcement databases, and the acquisition and review of surveillance footage.

5. Because this Affidavit is being submitted for the limited purpose of establishing probable cause for the requested warrant, your Affiant has not set forth all of the relevant facts known to law enforcement officers.

## PROBABLE CAUSE/BACKGROUND ON INVESTIGATION

6. The United States currency stolen during the below referenced robberies was Federally insured by either the Federal Deposit Insurance Corporation ("FDIC') or the National Credit Union Administration ("NCUA")

7. The F.B.I. Violent Crimes Task Force, along with other local law enforcement agencies has been investigating a series of bank robberies, in violation of 18 U.S.C § 2113, which have occurred since September 23, 2021. Investigators believe the same individual is responsible for this series of bank robberies. During this bank robbery series, a White or Hispanic female has committed bank robbery at three different bank locations within the District of Arizona, to include the cities of Mesa and Scottsdale, Arizona. The suspect has worn the same or similar clothing in each robbery and has made similar written demands for cash. The White or Hispanic female has also been found to have the same M.O. (Modus Operandi) in each robbery incident.

8. Each robbery incident is listed and described below. The following facts are set forth to establish probable cause for the issuance of a search warrant for the placement and monitoring of a tracking device on the described vehicle.

**INCIDENT #1: MESA POLICE DEPARTMENT REPORT NUMBER 2021-187328**
**FBI CASE NUMBER 91A-PX-3500326**

9. On September 23, 2021, at approximately 1:42 p.m., an unidentified White or Hispanic female suspect entered the Desert Financial Credit Union, a Federally Insured Institution, located inside a Walmart store at 1606 South Signal Butte in Mesa, Arizona. The suspect, once inside the bank, approached the victim/teller and passed a handwritten robbery demand note to the victim/teller. The note demanded money from the cash drawer, and indicated the suspect had a firearm. The victim/teller complied and gave the suspect $120.00 in United States currency.

10. Review of bank surveillance footage showed the suspect as a White or Hispanic female, approximately 5'0 to 5'3 tall, 25-35 years of age, 150-160 pounds, long brown hair wearing black and white sneakers, gray and black colored shorts, a black, short-sleeved tee shirt, and black/gray and white bandana. The suspect was carrying a black, over the shoulder type purse/bag with a gold label or buckle.

11. Upon obtaining the currency, the subject exited the Walmart. No vehicles were observed. The subject did not display a firearm.

**INCIDENT #2: MESA POLICE DEPARTMENT REPORT NUMBER 2021-195877**
**FBI CASE NUMBER 91A-PX-3503651**

12. On October 4, 2021 at 3:38 p.m., an unknown White or Hispanic female entered the U.S. Bank, a Federally Insured Institution, located inside a Safeway Store at 1855 North Power Road, Mesa, Arizona. The unknown female suspect approached the victim/teller and asked about opening a new account. The unknown female suspect then passed a demand note that stated, "All the $ in the bag. Big Bills, 20-50-100's. I have a gun. No alarms. No dye packs. I am being made to do this. Thank you." The victim teller complied and gave the unknown female suspect $2160.00 in United States currency. The unknown female suspect placed the currency in a bag she was carrying and exited the store via the south entry/exit doors.

13. Review of bank surveillance showed the suspect as a White or Hispanic Female, 25-35 years of age, 5'3-5'5, 130-150 pounds, brown hair, dark hair, circular tattoo on her right

forearm, wearing white/gray sneakers, blue jeans, black short sleeved tee shirt, black and white bandana covering the mouth and nose, and carrying a large, over the shoulder type bag or purse.

14. No vehicles were observed. The subject did not display a firearm.

## INCIDENT #3: SCOTTSDALE POLICE DEPARTMENT REPORT NUMBER 21-19723
## NO FBI CASE NUMBER ASSIGNED

15. On October 9, 2021 at 12:20 p.m., an unknown White or Hispanic female entered the Chase Bank, a Federally Insured Institution, located at 2902 North Scottsdale Road, Scottsdale, Arizona. The unknown female suspect approached the victim/teller and stated she needed to make a withdrawal. The unknown female suspect then passed a handwritten robbery demand note through the partition that read in part, "I'm sorry. This is a robbery. I have a gun in the bag. Empty all the money in your register." The victim/teller complied and gave the unknown female suspect $1231.00 in United States currency. The unknown female suspect placed the currency in a bag she was carrying and exited the bank. The unknown female suspect was observed walking west on the north side of Thomas Road, toward an adjacent business.

16. Review of bank surveillance showed the suspect as a White or Hispanic Female, 25-35 years of age, 5'3-5'5, 130-150 pounds, brown hair, circular tattoo on her right forearm, wearing white/gray sneakers, blue jeans, black short sleeved tee shirt, black and white bandana covering the mouth and nose, and carrying a large, over the shoulder type bag or purse.

17. Initially, no vehicles were observed. The subject did not display a firearm.

## CURRENT INVESTIGATION

18. All bank locations were processed for latent fingerprints, but none were developed. Swabs were obtained from each bank location for possibly future DNA analysis.

19. Following Robbery Incident #3, Scottsdale Police Detectives and your Affiant conducted a canvas for surveillance footage from adjacent businesses.

20. Investigators discovered the Old Town Smoke Shop, located at 7156 East Thomas Road, Scottsdale, Arizona was equipped with numerous, exterior surveillance cameras. The

smoke shop is located in a building to the west of the Chase Bank. An alley on the west side of the smoke shop leads to the parking lot on the north side of the building.

21. On October 11, 2021, surveillance footage was obtained from the Old Town Smoke Shop covering the time frame between 12:00 p.m. to 1:00 p.m. on October 9, 2021.

22. On October 9, 2021 at 12:00 p.m., surveillance footage shows and older model, dark gray colored, Toyota Tacoma pick up truck turning north into the parking lot from westbound Thomas Road. The vehicle parks directly in front of, and north of an exterior surveillance camera. A female subject is observed exiting the rear, passenger side door of the vehicle, and walking to the area just outside the front doors of the smoke shop. The female subject matches the physical and clothing description of the female suspect who later robbed the Chase Bank.

23. The Toyota Tacoma pick-up truck is obseved exiting the parking lot, leaving the female behind. Other exterior store surveillance cameras show the truck driving east on Thomas Road, and then entering a parking lot on the south side of Thomas Road. The truck is observed driving east and westbound on Thomas Road, eventually making a u-turn and re-entering the smoke shop parking lot at 12:14 p.m.

24. The female is observed standing outside the truck. A white or Hispanic male, 5'8-5'10, thin build, brown hair, wearing black shorts, white tee shirt, and tattoos covering both arms is observed exiting the truck and walking around. At 12:16 p.m., the female subject is observed walking south on the west side of the building, toward Thomas Road. At 12:19 p.m., as the female subject is walking down the alley on the west side of the smoke shop, she is observed tying a dark colored bandana around her face. The female subject is then observed walking east on Thomas Road, toward the Chase Bank, and out of camera view.

25. At 12:22 p.m., the female is observed walking/jogging westbound on Thomas Road from the Chase Bank, passing in front of the smoke shop, and then turning north in the alley/driveway on the west side of the smoke shop toward the rear parking lot. The female subject is observed getting into the rear, passenger side door of the truck. The truck then exits the driveway, and is observed driving westbound on Thomas Road.

26. The smoke shop surveillance camera captured the license plate of the vehicle. The vehicle was bearing Arizona license plate 13A8SA. This license plate returns to a 2010, Toyota Tacoma, pick-up truck. The registered owner is listed as Antolina **CASTILLO** at 1901 West Madison Street, Apartment 33, Phoenix, Arizona 85009.

27. Upon obtaining a known photograph of **CASTILLO**, she shares similar physical characteristics to the female bank robbery suspect.

28. **CASTILLO** has historical addresses in the City of Apache Junction, Arizona.

29. Investigators responded to the historical addresses in Apache Junction, and checked the surrounding area.

30. On October 11, 2021 at approximately 2:00 p.m., investigators observed the Toyota Tacoma, bearing Arizona license plate 13A8SA in the parking lot of a gas station on the Southeast corner of Apache Trail and Ironwood Drive in the City of Apache Junction. Investigators are currently conducting mobile surveillance on the vehicle. The vehicle is being driven by an unknown male subject, and has an unknown female passenger.

31. Based on review of surveillance footage from the Old Town Smoke Shop, and observations made by investigators while on surveillance, it is believed the above desribed Toyota Tacoma pick-up truck was utilized by the two unknown subjects on October 9, 2021 at the Chase Bank robbery in Scottsdale, Arizona.

## **AUTHORIZATION REQUEST**

32. Based on the foregoing, your Affiant requests that the Court issue the proposed warrant, pursuant to Fed. R. Crim. P. 41 and 18 U.S.C. § 3117, authorizing members of your Affiant's agency or their authorized representatives, including but not limited to other law enforcement agents and technicians assisting in the above-described investigation, to install a tracking device in or on the **Subject Vehicle**, at a time when it is within the District of Arizona, within 10 days of the issuance of the proposed warrant; to maintain, repair and/or replace the tracking device as necessary; to remove the tracking device from the **Subject Vehicle** after use of the tracking device has ended; to move the **Subject Vehicle** to effect the installation, repair, replacement, and removal of the tracking

device; and to monitor the tracking device for a period of 45 days following the issuance of the warrant, including when the tracking device is inside private garages and other locations not open to the public or visual surveillance, both within and outside the District of Arizona.

33. Your Affiant further requests that the warrant authorize agents to surreptitiously enter onto the **Subject Vehicle**, and any publicly accessible property for the limited purpose of installing, maintaining, repairing, or removing the tracking device.

34. To ensure the safety of the executing officer(s) and to avoid premature disclosure of the investigation, your Affiant requests that the court authorize installation, maintenance, and removal of the tracking device during both daytime and nighttime hours.

Based on training and experience, your Affiant knows that when criminal targets become aware of individuals installing, maintaining, repairing, or removing devices from their vehicles, they often remove the devices, sell or otherwise disassociate themselves from the vehicle, and/or flee to avoid prosecution. They may also inform other co-conspirators, thereby impeding law enforcement's ability to conduct a thorough investigation of the criminal activity. Therefore, your Affiant requests authorization to install, maintain, repair or remove the tracking device during the daytime or nighttime hours.

35. In accordance with 18 U.S.C. § 3103a(b) and Fed. R. Crim. P. 41(f)(3), your Affiant further requests authorization to delay notification of the execution of the warrant for 30 days after the end of the authorized period of tracking (including any extensions thereof) because there is reasonable cause to believe that providing immediate notification may have an adverse effect, as defined in 18 U.S.C. § 2705. Providing immediate notice would seriously jeopardize the ongoing investigation by prematurely revealing its existence and giving suspects an opportunity to flee from prosecution, destroy or tamper

with evidence, intimidate potential witnesses, notify confederates, and change patterns of behavior.

_____
Task Force Officer Christopher Boughey
F.B.I. Phoenix Division

Subscribed ~~and sworn to before me~~ *telephonically* this __11th__ day of October, 2021

_____
HONORABLE MICHAEL T. MORRISSEY
United States Magistrate Judge